On Application for Rehearing

YATES, J.
MEMORANDUM OF JUNE 2, 2000, WITHDRAWN; MEMORANDUM SUBSTITUTED; APPLICATION OVERRULED; RULE 39(k) MOTION DENIED; AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App.P.; Ex parte Achenbach, 783 So.2d 4 (Ala.2000); Contractor Success Group, Inc. v. Service Thrust Org., 681 So.2d 212 (Ala.Civ.App.1996); Pinto v. Alabama Coalition for Equity, 662 So.2d 894 (Ala.1995); Garner v. Decatur Utils., 709 So.2d 1309 (Ala.Civ.App.1998); and Bowman v. Integrity Credit Corp., 507 So.2d 104 (Ala.Civ.App.1987).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala.Code 1975.
ROBERTSON, P.J., and MONROE and THOMPSON, JJ., concur.
CRAWLEY, J., dissents.